UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TANZUE SHEPARD,

           Plaintiff,

-against-

MS. BRADLEY; COUNTY OF WESTCHESTER,

           Defendants.

25-CV-4752 (LTS)

SECOND ORDER DIRECTING ORIGINAL SIGNATURE

LAURA TAYLOR SWAIN, Chief United States District Judge:

      By order dated August 12, 2025, the Court directed Plaintiff to submit an *in forma pauperis* ("IFP") application to pay the $405.00 in fees to initiate this new civil action. On September 3, 2025, the Clerk's Office received Plaintiff's completed and signed IFP application and the signature page, but the signature page did not include his signature. Accordingly, the Court grants Plaintiff an additional 30 days to complete and sign the attached signature page titled "Plaintiff's Certification and Warnings." No summons shall issue at this time. If Plaintiff complies with this order, the case shall be processed in accordance with the procedures of the Clerk's Office. If Plaintiff fails to comply with this order within the time allowed, the action will be dismissed.

      The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444–45 (1962) (holding that appellant

demonstrates good faith when seeking review of a nonfrivolous issue).

SO ORDERED.

Dated: September 22, 2025
       New York, New York

                                                  /s/ Laura Taylor Swain
                                                  LAURA TAYLOR SWAIN
                                                  Chief United States District Judge